1422-14

CCA # 13-12-00394-CR

OFFENSE: Assault

STYLE: MARCUS DURHAM v. THE STATE OF TEXAS

COUNTY: Nueces

TRIAL COURT: 319th District Court
TRIAL COURT #: 12-CR-797-G
TRIAL COURT JUDGE: Hon. David Stith
DISPOSITION: Affirmed
DATE: September 11, 2014
JUSTICE: Justice Gregory T. Perkes  PC ___ S ____
PUBLISH: _____          DNP: x

MOTION FOR REHEARING IS Denied 10/22/14
    DATE:
    JUDGE: Justice Gregory T. Perkes

CLK RECORD: 1
RPT RECORD: 4 vol. (3 vol plus 1 exhibit)
STATE BR: 1
APP BR: 1

SUPP CLK RECORD 1
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

IN THE COURT OF CRIMINAL APPEALS

CCA # 1422-14

--------------------

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED,_____
DATE: 01/14/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

--------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____